# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1588

_____

United States of America

*Plaintiff - Appellee*

v.

Zewayne L. Durley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: June 28, 2022
Filed: July 1, 2022
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Zewayne Durley appeals a 12-month sentence he received for violating the conditions of supervised release. He challenges the substantive reasonableness of the sentence, and his attorney seeks permission to withdraw.

We conclude that the sentence is substantively reasonable. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (reviewing the reasonableness of a revocation sentence for an abuse of discretion); *United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (stating that a within-Guidelines-range sentence is presumptively reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006). Accordingly, we affirm the judgment and grant counsel permission to withdraw.

_____

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.